IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NURIYE UYGUR** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 24-975 |
| **GARY GENSLER**, in his official capacity as | : | |
| CHAIRMAN, U.S. SECURITIES AND | : | |
| EXCHANGE COMMISSION | : | |

## ORDER

This 19th day of July, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 8) is **GRANTED** and this case is **DISMISSED without prejudice**. It is further **ORDERED** that Plaintiff is granted leave to amend the Complaint, within 20 days.

The Clerk is requested to mark this case as **CLOSED**.

/s/ Gerald Austin McHugh
United States District Judge